UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DEL ROSARIO, JOEL )<br>Defendant. )<br>_____) | USDC Cr. Cs. No. 98-00029-002<br><br>F I L E D<br>Clerk<br>District Court<br><br>**TERMINATION**<br><br>AUG - 8 2005<br><br>For The Northern Mariana Islands<br>By_____<br>(Deputy Clerk) |

**Re:  Report and Order Terminating Term of Supervised Release**

The above named defendant has complied with the conditions of supervised release imposed by the order of the Court and the period of supervised release expired on July 19, 2005. I therefore recommend that the defendant be discharged from supervised release and the proceedings in this case be terminated.

RESPECTFULLY submitted this __3rd__ day of August 2005.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
MARGARITA DLG WONENBERG
U.S. Probation Officer

Reviewed by:
_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:  AUSA
     Defense Counsel
     File

****************************************************************************

ORDER OF THE COURT

Pursuant to the above report, it is ordered that Joel Del Rosario be discharged from supervised release and that the proceeding in the case be terminated.

Dated this __6th__ day of August 2005.

_____
Honorable Alex R. Munson
Chief Judge
U.S. District Court for the
Northern Mariana Islands